District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKY J. LANE,<br><br>      Plaintiff,<br>   v.<br>SEAN J. STACKLEY, Secretary of the Navy, *et al.*,<br><br>      Defendants. | Case No. 17-CV-5378 RJB<br><br>NOTICE OF FILING PAPER MATERIAL WITH THE CLERK |

  The United States hereby serves notice that a true and complete copy of Defendant United States Navy's Administrative Record is being filed in paper form only with the Clerk's Office for the Western District of Washington. The physical materials will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

//

//

//

NOTICE OF FILING PAPER MATERIAL – 1
(17-CV-5378 RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 21st day of July, 2017.
2 | Respectfully submitted,
3 | ANNETTE L. HAYES
4 | United States Attorney

*s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

NOTICE OF FILING PAPER MATERIAL – 2
(17-CV-5378 RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on the below date she electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record as follows:

| | |
|---|---|
| Kathleen Ebert Pierce<br>MORTON & MCGOLDRICK PS<br>820 "a" Street, Ste 600<br>Tacoma , WA  98401<br>253-627-8131 | Email: Kepierce@bvmm.com |
| Craig J De Recat<br>MANATT PHELPS & PHILLIPS<br>11355 West Olympic Boulevard<br>Los Angeles , CA  90064-1614<br>310-312-4000 | Email: Cderecat@manatt.com |
| Luke L Punnakanta<br>MANATT PHELPS & PHILLIPS<br>11355 West Olympic Boulevard<br>Los Angeles , CA  90064-1614<br>310-312-4000 | Email: Lpunnakanta@manatt.com |

I further certify that on this date, I mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant(s), addressed as follows:

-0-

DATED this 21st day of July, 2017.

*s/ Julene Delo*
JULENE DELO, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  julene.delo@usdoj.gov

NOTICE OF FILING PAPER MATERIAL – 3
(17-CV-5378 RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970